IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Michael E. Johnson, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:11cv74 |
| | : Chief Judge Susan J. Dlott |
| Messer Construction/Craft Force, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on June 2, 2011 (Doc. 11), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 16, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, Defendant Keckie's Motion to Dismiss (Doc. 7) is **GRANTED** and Plaintiff's complaint as to Defendant Keckies is **DISMISSED** with prejudice for failure to state a claim under Rule 12(b)(6).

In addition, absent a change of address notice being filed by Plaintiff on or before July 1, 2011, plaintiff's complaint is **DISMISSED** with prejudice for failure to prosecute, based upon his failure to keep the Court apprised of his current address.

IT IS SO ORDERED.

Chief Judge Susan J. Dlott
United States District Court